UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ALONSO CURIEL, | 1:10-cv-01121-JLT  (HC) |
| Petitioner, | |
| vs. | ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL |
| DERRAL ADAMS, | (Doc. 3) |
| Respondent. | |

Petitioner has requested the appointment of counsel, citing his indigent status, his lack of knowledge of the law, and the complexity of the issues as grounds therefore. (Doc. 3). There currently exists no absolute right to appointment of counsel in habeas proceedings. See e.g., Anderson v. Heinze, 258 F.2d 479, 481 (9th Cir.), cert. denied, 358 U.S. 889 (1958); Mitchell v. Wyrick, 727 F.2d 773 (8th Cir.), cert. denied, 469 U.S. 823 (1984). However, Title 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Rules Governing Section 2254 Cases. In the present case, the Court does not find that the interests of justice require the appointment of counsel at the present time. In a preliminary screening of the petition, the issues raised therein are not unusually complex.

///

///

///

1  Accordingly, IT IS HEREBY ORDERED that Petitioner's request for appointment of
2 counsel (Doc. 3), is DENIED.
3
4 IT IS SO ORDERED.
5 Dated:  **June 23, 2010**                                      **/s/ Jennifer L. Thurston**
                                                                   UNITED STATES MAGISTRATE JUDGE